UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:                                                     Chapter 13

BRIGETTE G. ELVIN,                   Case No. 04-B-13207

                                Debtors,
-----------------------------------------------------x

                   TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

      CLAIMANT(s)' NAME &
      <u>LAST KNOWN ADDRESS</u>                      <u>AMOUNT OF DIVIDEND</u>

      Brigette Elvin                                      $13.72
      1157 Grenada Place
      Bronx, New York 10466


      Trustee's check to your order in the sum of $13.72 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:    White Plains, New York
          April 19, 2011


                                                     Respectfully submitted,
                                                     */s/ Jeffrey L. Sapir*
                                                     JEFFREY L. SAPIR
                                                    Standing Chapter 13 Trustee